

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

MARIN GIGORE DOBRE
CRISTIAN OCTAVIAN BARBU

CASE NO. 6:13-cr-255-ORL-31DAB
18 U.S.C. § 1029
18 U.S.C. § 981 – Forfeiture
18 U.S.C. § 1029 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about September 11, 2013 and continuing until on or about September 13, 2013, in Orange County, Florida, in the Middle District of Florida,

**MARIN GIGORE DOBRE**
**and**
**CRISTIAN OCTAVIAN BARBU**

the defendants herein, knowingly and with intent to defraud, did produce, traffic in, have control and custody of, and possess device-making equipment, that is, a "skimmer," affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(4), (c)(1), and 2.

# FORFEITURE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B), and 1029(c)(1)(C).

2.  From their engagement in the violation alleged in Count One of this Indictment, the defendants,

**MARIN GIGORE DOBRE
and
CRISTIAN OCTAVIAN BARBU**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest they have in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses alleged in Count One of this Indictment.

3.  If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value;

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL,

_____
FOREPERSON

A. LEE BENTLEY III
Acting United States Attorney

By: _____
Bruce S. Ambrose
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

3

FORM OBD-34
APR 1991

No. _____

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MARIN GIGORE DOBRE & CRISTIAN OCTAVIAN BARBU

**INDICTMENT**

Violations:

18 U.S.C. § 1029

A true bill,

_____
Foreperson

Filed in open court this 9th day

of October, 2018.

_____
Clerk

Bail $ _____

GPO 863 525