UNITED STATES OF AMERICA

v.                                                    Case No. 6:13-cr-255-Orl-31DAB

CRISTIAN OCTAVIAN BARBU
DOBRA GIGORE MARIN

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☒      IS               related to pending or closed civil or criminal cases previously
                        filed in this court, or any other Federal or State court, or
                        administrative agency as indicated below:

                        6:13-mj-1525

☐      IS NOT        related to any pending or closed civil or criminal case filed with
                        this Court, or any other Federal or State court, or
                        administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other

Actions upon each party no later than eleven days after appearance of the party.

Dated:   October 10, 2013

                              Respectfully submitted,

                              A. LEE BENTLEY, III
                              Acting United States Attorney

                        By:  *s/ BRUCE S. AMBROSE*
                              BRUCE S. AMBROSE
                              Assistant United States Attorney
                               USA No. 075
                              400 N. Tampa Street, Suite 3200
                              Orlando, Florida 32801
                              Telephone:      (407) 648-7500
                              Facsimile:       (407) 648-7643
                              E-mail:    bruce.ambrose@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 10, 2013, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Maria Guzman, Esquire
Ernest Chang, Esquire

*s/ BRUCE S. AMBROSE*
BRUCE S. AMBROSE
Assistant United States Attorney
USAO No 075
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:      (407) 648-7500
Facsimile:      (407) 648-7643
E-mail:    bruce.ambrose@usdoj.gov
