UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:13-cr-255-Orl-31DAB

CRISTIAN OCTAVIAN BARBU
DOBRA GIGORE MARIN

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

None

Dated: October 10, 2013

Respectfully submitted,

A. LEE BENTLEY, III
Acting United States Attorney

By: *s/ BRUCE S. AMBROSE*
BRUCE S. AMBROSE
Assistant United States Attorney
USAO No 075
400 N. Tampa Street, Suite 3200
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: bruce.ambrose@usdoj.gov