UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 6:13-cr-255-Orl-31DAB

CRISTIAN OCTAVIAN BARBU
DOBRA GIGORE MARIN

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Bruce S. Ambrose, Assistant United States Attorney;

A. Lee Bentley, III, Acting United States Attorney;

Cristian Octavian Barbu, Defendant;

Ernest Chang, counsel for defendant;

Maria Guzman, counsel for defendant;

Charles Johnsten, Special Agent for United States Secret Service

Dobra Gigore Marin, Defendant;

United States Secret Service

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Ingrid Ramos Robles, Natalie Sierra, Yanira Suarez, Mark A. Siegel, Daniel Santana, Miller Software Systems, Inc., Torrance Slaughter, Yash Patel, Dorothy L. Vela, Stephen J. Washburn, Chris R. Skennion, Mohammad A. Aziziy, Ina Ogorinac, Elizabeth A. Larson, Keyshla Ruiz, Julie M. Samuels, Ances M. Miranda Lopez, The Viking Cleaning Company DBA The Cleaning Authority, Naomi Felix, Christian D. Stein, Brittany K. Ammon, Michael Metzker, Jason Urbanski, Caroline Selski, Liza Giannoni, Barbara Florestil, Marlene M. Santiago, Carlos A. Perea, D C Troisi Contracting, Inc., Patrick Joseph, Patricia A. Perez, Nixon Bareno, Alexandrea Davis, Milano Exchange International, LLC, Ross P. Edwards

Joshua C. Mann, Julian M. Maldonado, Tracy C. Higgins, James D. Poindexter, Frank Siverio, Emily A. Bashore, A & R Multipurpose Solutions, LLC, Stephen J. Totillo, Ronald L. Albright, Kevin M. Shepherd, Rles P. Campbell, Danhuyen Ton, Debra A. Thomas-Robeck, Stephanie Marie Russ, Tonia R. Dippel, Chad A. Johnson, Bathroom Elite LLC, Mario Zendeli, Nathalie Desir, Simon Leanos, Paula D. Wilson, Yvonne Scarlett Architectural Pavers Designs LLC, and Jairo Andres Hoyos

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: October 10, 2013

    Respectfully submitted,

    A. LEE BENTLEY, III
    Acting United States Attorney

By: *s/ BRUCE S. AMBROSE*
    BRUCE S. AMBROSE
    Assistant United States Attorney
    /USAO No 075]
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone:(407) 648-7500
    Facsimile:(407) 648-7643
    E-mail: bruce.ambrose@usdoj.gov